UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21229-CIV-ALTONAGA/O'SULLIVAN

RAMON ORTEGA, *and all others similarly situated under 29 U.S.C. § 216(b)*,

        Plaintiff,

vs.

BEL FUSE, INC., ARRAY CONNECTOR CORPORATION, BILL MCPHERSON,

        Defendants.

_____

**PLAINTIFF'S STATEMENT OF CLAIM**

**COMES NOW** Plaintiff, Ramon Ortega ("Plaintiff"), by and through undersigned counsel, and file this Plaintiff's Statement of Claim, pursuant to Court Order entered on March 31, 2015 [D.E. 5], and states as follows:

**A. Federal Overtime Wage Claim**

1. Statutory period of claim: March 30, 2012 – March 18, 2014: 102 weeks (rounded down).

2. Approximation of overtime hours worked per week: 15.

3. Hourly rate: $26.44/hr.

4. Applicable time and a half overtime rate based on hourly rate: $39.66/hr.

5. Overtime wage paid to Plaintiff for hours worked over 40 in a week: $0.00.

6. Time and a half overtime rate claimed for hours worked over 40 in a week: $39.66/hr.

7. Calculation of Overtime Wage Claim: 15 overtime hours per week, multiplied by the applicable time and a half overtime wage of $39.66, multiplied by the period of 102 weeks, equals $60,679.80. Applying statutory liquidated damages of twice the damages, the total overtime claim is equal to $121,359.60.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        *Attorneys for Plaintiff*
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167

        By: <u>/s/ Julia M. Garrett</u>
        Julia M. Garrett, Esq.
        Florida Bar Number: 105151

## CERTIFICATE OF SERVICE

I hereby certify that as of the filing of the foregoing via CM/ECF on April 15, 2015, I am unaware of any Defendant having retained counsel or otherwise entering an appearance in this matter.

J.H. Zidell, P.A.
*Attorneys for Plaintiff*
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
Florida Bar Number: 105151