UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-21229-CIV-ALTONAGA/O'SULLIVAN

RAMON ORTEGA, and all others similarly
situated under 29 U.S.C. § 216(b),

    Plaintiff,
v.

BEL FUSE, INC.,
ARRAY CONNECTOR CORPORATION,
BILL MCPHERSON,

    Defendants.
_____/

## DEFENDANT BEL FUSE, INC.'S RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM

COMES NOW the Defendant, BEL FUSE, INC., by and through undersigned counsel, and pursuant to the Court Order dated March 31, 2015 [DE 5] hereby serves and files Defendant Bel Fuse, Inc.'s Response to Plaintiff's Statement of Claim in the above-styled matter and state the following:

## RESPONSE

Defendant refutes that Plaintiff's statutory period of claim lasts between March 30, 2012 – March 18, 2014. Specifically, Defendant did not willingly and knowingly engage in violations of the Fair Labor Standards Act as defined within the meaning of 29 U.S.C. § 255, if at all. As such, Defendant asserts the statutory period of claim, if any, spans only between March 30, 2013 – March 18, 2014. During Plaintiff's employment, he was a properly exempt employee under both the professional and computer exemptions of the Fair Labor Standards Act, Section 13(a)(1). Plaintiff was paid a salary, which was more than $455 per week, and which increased during his

employment. Defendant refutes Plaintiff worked 15 hours of overtime per week. Finally, Defendant asserts that Plaintiff's calculations for overtime, if any, should be subject to a half time calculation pursuant to the fluctuating work week provisions of the Fair Labor Standards Act, 29 CFR 778.114. However, Defendant refutes Plaintiff is entitled to any overtime pay at all as an exempt employee, nor is he entitled to attorney's fees, liquidated damages, or costs.[1]

### CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served by electronic filing on May 21, 2015 on all counsel or parties of record on the Service List below.

                              s/Lindsey Wagner
                              Lindsey Wagner, Esq.
                              Florida Bar No. 86831
                              Primary e-mail: LWagner@csapalaw.com
                              Secondary e-mail: mail@floridalaborlawyer.com
                              CATHLEEN SCOTT & ASSOCIATES, P.A.
                              Jupiter Gardens
                              250 South Central Boulevard
                              Suite 104-A
                              Jupiter, FL 33458
                              Telephone:   (561) 653-0008
                              Facsimile:    (561) 653-0020
                              Secondary Address:  101 Northpoint Parkway
                              West Palm Beach, FL 33407
                              www.FloridaLaborLawyer.com

### SERVICE LIST
### CASE NO.: 15-21229-CIV-ALTONAGA/O'SULLIVAN

Julia M. Garrett, Esq.
Florida Bar Number: 105151
J.H. Zidell, P.A.
Attorneys for Plaintiff

---

[1] All documents supporting Defendant's response have been served on all counsel of record.

300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167
Email: jgarrett.jhzidellpa@gmail.com

Cheryl L. Wilke, Esq.
Florida Bar No. 893780
cwilke@hinshawlaw.com
Mary Beth Ricke, Esq.
Florida Bar No. 107213
mricke@hinshawlaw.com
Daniel A. Krawiec, Esq.
Florida Bar No. 59136
dkrawiec@hinshawlaw.com