AO 187 (Rev. 7/87) Exhibit and List

# United States District Court

## SOUTHERN  DISTRICT  OF  FLORIDA – MIAMI DIVISION

RAMON ORTEGA and all others similarly situated under 29 U.S.C. 216(b),

Plaintiff,

vs.

BEL FUSE, INC., ARRAY CONNECTOR CORPORATION, BILL MCPHERSON,

Defendants.

**PLAINTIFF'S EXHIBIT  LIST**

CASE NO.: 15-21229-CIV-ALTONAGA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable<br>DISTRICT JUDGE ALTONAGA | J.H. Zidell<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Defendant 1 Bel Fuse, Inc's Attorney<br>Lindsey Wagner, Esq.<br><br>Defendant 2 Array Connector & Bill McPherson's Attorney<br>Cheryl Wilke, Esq. & Daniel A. Krawiec, Esq. |

| TRIAL DATE(S) | | |
|---|---|---|
| February 22, 2016 | | |

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | | | | | Pay History |
| 2 | | | | | W-2 Wage Statements |
| 3 | | | | | Bel Fuse Corporate Representatives' Deposition Transcript and all exhibits to same |
| 4 | | | | | Stock Purchase Agreement by and among Bel Fuse Inc., Array Connector Corporation, The Holders of Company Stock in Array Connector Corporation set forth on Exhibit A in their capacities as such, and William C. McPherson, III, Individually and as Seller's Representative Date as of August 19, 2013 |
| 5 | | | | | Plaintiff's Deposition Transcript and all exhibits to same |
| 6 | | | | | Bel Fuse Associate Handbook |
| 7 | | | | | Annual Reports of Array Connector Corporation |
| 8 | | | | | Resume of Ramon Ortega |
| 9 | | | | | Report of Evaluation of Educational Credentials of Ramon Ortega |
| 10 | | | | | Employee roster spreadsheet |
| 11 | | | | | Any and all documents and/or transcript used for impeachment and/or rebuttal purposes |
| 12 | | | | | Any and all documents introduced by Defendant and/or included in Defendant's exhibit list |
| | | | | | |

|  |  |  |  |  |  |
|--|--|--|--|--|--|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |