UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21229-CIV-ALTONAGA/O'Sullivan

**RAMON ORTEGA**,

    Plaintiff,
v.

**BEL FUSE, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On January 15, 2016, Defendants, Array Connector Corporation, Bill McPherson, and Bel Fuse, Inc. (collectively, "Defendants") field a Joint Defense Motion for Judgment on the Pleadings . . . ("Motion") [ECF No. 74]. Plaintiff, Ramon Ortega's response to the Motion is due by February 1, 2016. Given the rapidly approaching calendar call date of February 16, 2016, the Court finds expedited briefing for the reply to the Motion is appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants' reply, if any, to the Motion is due by **February 5, 2016**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of January, 2016.

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record