UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21229-CIV-ALTONAGA/O'Sullivan

**RAMON ORTEGA**,

      Plaintiff,
v.

**BEL FUSE, INC.**, *et al.*,

      Defendants.
_____/

# ORDER

**THIS CAUSE** came before the Court upon Magistrate Judge John J. O'Sullivan's Notice of Outcome of Settlement Conference [ECF No. 95], filed on March 2, 2016. Judge O'Sullivan notifies the Court the parties[1] were unable to reach a settlement at the March 2, 2016 settlement conference. (*See id.* 1). On February 10, 2016, the Court entered an Order ("February 10 Order") [ECF No. 88] informing the parties if they were unable to resolve their remaining claims through mediation, the Court would re-set the matter for trial and provide instructions for re-briefing the Motion for Summary Judgment ("Motion") [ECF No. 60]. (*See* February 10 Order 9). Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. If Bel Fuse desires to re-file its Motion, it must re-brief the Motion in light of the Court's findings in the February 10 Order, and file it by **March 11, 2016**.

2. The case is set for trial for during the Court's two-week trial calendar beginning on **May 2, 2016**. Calendar call will be held at **9:00 a.m. on April 26, 2016**.

---

[1] The "parties" now only include Plaintiff, Ramon Ortega ("Plaintiff") and Defendant, Bel Fuse, Inc. ("Bel Fuse"), as Defendant, Array Connector Corporation settled its claims with Plaintiff prior to the March 2 settlement conference. (*See* Notice of Partial Settlement [ECF No. 93]).

CASE NO. 15-21229-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 2nd day of March, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record