UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-21229-CIV-ALTONAGA/O'Sullivan

**RAMON ORTEGA**,

    Plaintiff,
v.

**BEL FUSE, INC.**, *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On March 25, 2016, Plaintiff, Ramon Ortega ("Ortega") filed a Response to Defendant Bel Fuse, Inc.'s Statement . . . ("Response") [ECF No. 104]. Rule 56.1 of the Local Rules for the Southern District of Florida provides that a statement of material facts shall be "supported by specific references to pleadings, depositions, answers to interrogatories, admissions, and affidavits on file with the Court." Ortega's Response contains very few citations to the record and sets forth numerous unsupported facts. (*See generally* Resp.). As a result, it fails to comply with Local Rule 56.1.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. Ortega's Response **[ECF No. 104]** is hereby **STRICKEN**.

2. Ortega may file a revised Response supporting his asserted facts with specific references to the record by **April 5, 2016**. Failure to revise and re-file the Response will result in the Court considering Defendant, Bel Fuse, Inc.'s Amended Motion for Summary Judgment [ECF No. 98] without Ortega's Response.

CASE NO. 15-21229-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 1st day of April, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record